NITCHMAN, ADMR., APPELLANT, *v.* NATIONWIDE MUTUAL
FIRE INSURANCE COMPANY, APPELLEE.

[Cite as *Nitchman v. Nationwide Mut. Fire
Ins. Co.* (2002), 94 Ohio St.3d 1248.]

(No. 01–446—Submitted February 6, 2002—Decided March 20, 2002.)

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.

---

*Owens & Martin Co., L.P.A., William W. Owens* and *Timothy L. Cardwell,* for
appellant.

*Weston Hurd Fallon Paisley & Howley L.L.P., Timothy D. Johnson, Gregory
E. O'Brien* and *Shawn W. Maestle,* for appellee.

*Elk & Elk Co., L.P.A.,* and *Todd O. Rosenberg,* urging reversal for *amicus
curiae* Ohio Academy of Trial Lawyers.